**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 28, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00996-CV

---

## WATER RELEASE VICTIMS OF NORTHEAST HOUSTON, Appellant

## V.

## THE TEXAS WATER DEVELOPMENT BOARD AND THE SAN JACINTO RIVER AUTHORITY, Appellees

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2019-56901**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 6, 2019. On January 8, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.